JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JONES, | Case No. 2:19-cv-10958-MCS-SS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Pursuant to the Court's Order granting the motion for summary judgment on all claims brought by Plaintiff Charles Jones against Defendant the United States of America,

IT IS HEREBY ORDERED that judgment be entered dismissing the action by Plaintiff against Defendant.

**IT IS SO ORDERED.**

Dated: October 5, 2020    _____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1